IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AMAL GAZA, *et al.* )<br><br>             Plaintiffs, )<br>      v. )<br><br>MARCO RUBIO, in his official capacity as )<br>U.S. Secretary of State, )<br><br>             Defendant. ) | No. 1:24-cv-3503-ACR |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant, Marco Rubio, in his official capacity as United States Secretary of State, hereby moves to dismiss Plaintiffs' Amended Complaint for lack of jurisdiction and failure to state a claim. For the reasons set forth in the attached memorandum, Defendant's motion should be granted. A proposed order is attached.

[*Signature page follows*.]

1

Dated: July 28, 2025

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL,
*Civil Division*

ALEXANDER K. HAAS
*Branch Director*

STEPHEN M. ELLIOTT
*Assistant Branch Director*

*/s/ Garry D. Hartlieb*
GARRY D. HARTLIEB  (IL Bar No. 6322571)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0568
Email: garry.hartlieb2@usdoj.gov

*Counsel for Defendant*