IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMAL GAZA, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | No. 1:24-cv-3503-ACR |
| ) | |
| MARCO RUBIO, in his official capacity as ) | |
| U.S. Secretary of State, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion to dismiss the Plaintiffs' Amended Complaint, it is hereby ORDERED that Defendant's motion is GRANTED. The Plaintiffs' Amended Complaint (ECF No. 10) is dismissed.

Dated: _____                               _____
                                                     Ana C. Reyes
                                                     United States District Judge

1