IN THE UNITED STATES COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMAL GAZA, *et al.*<br><br>                  Plaintiffs,<br><br>       v.<br><br>MARCO RUBIO, in his official capacity as U.S. Secretary of State,<br><br>                  Defendant. | Case No. 1:24-cv-3503-ACR |

**MOTION FOR LEAVE TO FILE *AMICUS* BRIEF OF AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Comes now *amicus curiae* American-Arab Anti-Discrimination Committee, by and through the undersigned counsel, and submits its Motion for Leave to File *Amicus* Brief in Support of Plaintiffs' Opposition to Defendant's Motion to Dismiss.

**ARGUMENT**

The American-Arab Anti-Discrimination Committee ("ADC") is the nation's largest Arab-American civil rights organization devoted to protecting the rights of people of Arab descent and promoting human rights and equal treatment under the law. ADC has a longstanding interest in ensuring that U.S. laws—especially those designed to prevent human rights abuses—are applied uniformly and without discrimination. ADC and the communities it represents have a profound interest in the faithful, nondiscriminatory enforcement of the Leahy Law to ensure that the United States is not complicit in gross human rights violations perpetrated against Arab communities.

The American-Arab Anti-Discrimination Committee is interested in this case because the inconsistent enforcement of the Leahy Law has profound consequences for the Arab-American

communities it represents. Many Arab Americans have loved ones living in Gaza who have been killed, injured, or displaced by the Israeli Defense Forces using American-provided weapons and other military assistance. Not only has Israel's indiscriminate killing of Palestinian civilians robbed Arab and Palestinian Americans of their loved ones, the fact that it has been done with the full support of the United States through the provision of military materials and other assistance has had profound impacts on the mental and social health of Arab American communities, whose country is directly facilitating the murder of their families and friends. As such, the outcome of this litigation, and its consequences for the wellbeing of the communities ADC represents, is of upmost interest to *amicus*.

ADC's *amicus* brief is desirable in this matter because the enforceability of the Leahy Law is central to this case, but Plaintiffs must devote their limited briefing to myriad other issues. ADC's *amicus* brief focuses specifically on the reasons why the Administrative Procedure Act permits courts to enforce the Leahy Law and the nature of the relief courts are authorized to order in such enforcement. Its argument is relevant to the Court's decision on the pending motion given Defendant's arguments about the Court's authority to issue the relief sought and the questions about enforceability and relief raised by the Court during the April 30, 2025 hearing.

ADC has sought consent from the parties for this motion and the filing of an *amicus* brief. Both Plaintiffs and Defendant have consented to the filing of ADC's brief.

For the foregoing reasons, the American-Arab Anti-Discrimination Committee respectfully moves that this Court grant it leave to file the *amicus curiae* brief attached to this motion.

Dated: September 2, 2025                             Respectfully submitted,

                                               ***/s/ Christopher Godshall-Bennett***
                                               Christopher Godshall-Bennett
                                               AMERICAN-ARAB ANTI-
                                               DISCRIMINATION COMMITTEE

910 17th St. NW, Suite 1000
Washington, D.C. 20006
(202) 240-8496
cgb@adc.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I, Christopher Godshall-Bennett, attorney for *amicus curiae*, hereby certify that on September 2, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Columbia by using the Case Management/Electronic Case Files (CM/ECF) system.

I further certify that on September 2, 2025, the foregoing document was served on all parties or their counsel of record through the CM/ECF system.

Dated: September 2, 2025              */s/ Christopher Godshall-Bennett*
                                     Christopher Godshall-Bennett