**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMAL GAZA, *et al.* ) )<br><br>Plaintiffs, )<br>v. )<br><br>MARCO RUBIO, in his official capacity )<br>as Secretary of State, )<br><br>Defendant. ) | No. 1:24-cv-3503-ACR |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion for Briefing Schedule, and for good cause shown, it is hereby ORDERED that:

1. Plaintiffs shall file an amended complaint on or before February 16, 2026. Plaintiffs' amended complaint shall be accompanied by a redline comparison between the current and forthcoming amended versions of the complaint;

2. Defendant shall file an answer or motion in response to the amended complaint on or before April 17, 2026. Defendant may, in his discretion, file an entirely new motion or a short form of motion incorporating his prior arguments and responding to Plaintiffs' new and changed allegations.

3. If Defendant files a renewed motion to dismiss, the following briefing schedule shall apply:

    a. Plaintiff's response in opposition shall be filed 30 days after Defendant files its motion to dismiss.

    b. Defendant's reply brief in support of his motion to dismiss, if any, shall be filed 15 days after Plaintiffs file their response.

IT IS SO ORDERED.

Dated: _____          _____
                                 HON. ANA C. REYES
                                 United States District Judge