# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMAL GAZA, et al.,

    Plaintiffs,

v.                                        Case No.: 1:24-cv-3503-ACR

MARCO RUBIO, in his official capacity as
U.S. Secretary of State,

    Defendant.

_____

## DECLARATION OF TIMOTHY RIESER

1. I served for 33 years as former United States Senator Patrick Leahy's foreign policy advisor. In that capacity, in 1997 I drafted what is customarily referred to as the Leahy Law. I also drafted all subsequent amendments to the Leahy Law.

2. The Leahy Law, 22 U.S.C. 2378d, is predicated on the intent and expectation of the United States Congress that units of security forces of foreign countries will cease or materially diminish committing gross violations of human rights in order to prevent the loss of United States assistance under the statute, and that by bringing to justice those who commit such abuses units of such forces will be deterred from committing gross violations in the future.

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed this ___24th___ day of August 2025

*Timothy Rieser*
8/24/2025 11:21:19 AM EDT
_____
Timothy Rieser