IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

AMAL GAZA, an individual
GAZA 2, an individual,
GAZA 3, an individual,
GAZA 4, an individual,
GAZA 5, an individual,
AHMED MOOR, an individual,
SAID ASSALI, an individual,
HADEEL ASSALI, an individual,
SHAWAN JABARIN, an individual,
BASSEM TAMIMI, an individual,
WEST BANK 1, an individual,
UBAI ABOUDI, an individual,
EID BASSAM ISSA IM EID, an individual,

    Plaintiffs,

    v.                                                                            Case No.: Civil Action 24-cv-03503

UNITED STATES SECRETARY OF STATE
MARCO RUBIO in his official capacity,

    Defendant.

_____

PLAINTIFFS' NOTICE REGARDING PSEUDONYMOUS PARTIES
IN SECOND AMENDED COMPLAINT

    Plaintiffs respectfully notify the Court that the Second Amended Complaint filed herewith adds six new plaintiffs, three of whom proceed under pseudonyms: Gaza 4, Gaza 5, and West Bank 1. These plaintiffs use pseudonyms for the same security reasons as the existing pseudonymous plaintiffs whom this Court has accepted throughout these proceedings.

    Each new pseudonymous plaintiff resides in territory under Israeli military control and faces credible threats of retaliation, including rearrest, torture, and

extrajudicial killing, if their identities are disclosed. Gaza 4 was held incommunicado for 22 months and fears rearrest. West Bank 1 was explicitly threatened with rearrest upon release. Gaza 5 depends on Israeli authorities for permission to access lifesaving medical treatment. Disclosure of their participation in this lawsuit would place them in immediate danger.

   Plaintiffs will file the true identities and identifying information of these individuals under seal and will make them available to the Court.

Dated: Februrary 16, 2026

Respectfully submitted,

   */s/ Bruce Fein*

   Law Offices of Bruce Fein
   300 New Jersey Avenue, N.W., Suite 300
   Washington, D.C. 20001
   Phone: 202-465-8728
   Email: bruce@feinpoints.com
   Counsel for Plaintiffs


CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing has been made on all parties of record via this Court's electronic filing system this 16th day of February 2026.

*/s/Bruce Fein*