**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| AMAL GAZA, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 1:24-cv-3503-ACR |
| | ) | |
| MARCO RUBIO, in his official capacity as U.S. Secretary of State, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED
COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant, Marco

Rubio, in his official capacity as United States Secretary of State, hereby moves to dismiss

Plaintiffs' Second Amended Complaint for lack of jurisdiction and failure to state a claim. For the

reasons set forth in the attached memorandum, Defendant's motion should be granted. A proposed

order is attached.

1

Dated: May 12, 2026

Respectfully submitted,

BRETT A. SHUMATE
ASSISTANT ATTORNEY GENERAL,
*Civil Division*

ALEXANDER K. HAAS
*Branch Director*

STEPHEN M. ELLIOTT
*Assistant Branch Director*

*/s/ Joshua N. Schopf*
JOSHUA N. SCHOPF
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-6304
Email: joshua.n.schopf@usdoj.gov

*Counsel for Defendant*

2